# EXHIBIT "A"

# VAS Aero Services, LLC

**Corporate Policies & Procedures**

| VAS Aero Services, LLC | Workforce Performance | Original issue: 10/7/10 |
|---|---|---|
| SUBJECT: | Company Information and Property | Reviewed: |
| POLICY #: | | Revised: |

The protection of Company business information, property and all other Company assets are vital to the interests and success of the Company. No Company related information or property, including without limitation, documents, files, records, computer files, equipment, office supplies or similar materials (except in the ordinary course of performing duties on behalf of the Company) may, therefore, be removed from the Company's premises. Violation of this policy is a serious offense and will result in appropriate disciplinary action, up to and including discharge.

In addition, when an employee leaves the Company, the employee must return all Company related information and property that the employee has in his/her possession, including without limitation, documents, files, records, manuals, information stored on a personal computer or on a computer disk, supplies, and equipment or office supplies.

**NOTES:**
1) This policy does not confer any contractual right, either express or implied, to remain in the Company's employ. Nor does it guarantee any fixed terms and conditions of your employment.
2) Although the term "Company" is used collectively for purposes of this policy, as defined in the scope, the employee's employment relationship remains exclusively with their Business Area/Business Unit.
3) The provisions of this policy may be revised without prior notice. Revised policies will be posted as quickly as is practicable.
4) Any statement, whether written or oral, that conflicts with anything contained in this policy is not the policy of the Company and is not binding upon the Company.

# EXHIBIT "B"

**VAS Aero Services, LLC**

**Corporate Policies & Procedures**

| VAS Aero Services, LLC | | Original issue: 10/7/10 |
|---|---|---|
| **SUBJECT:** | **Confidential Nature of Work** | **Reviewed:** |
| **POLICY #:** | | **Revised:** |

All records of the Company and information relating to the Company or its customers are confidential and employees must, therefore, treat all matters accordingly. No Company or Company-related information, including without limitation, documents, notes, files, records, oral information, computer files or similar materials (except in the ordinary course of performing duties on behalf of the Company) may be removed from the Company's premises without permission from the Company. Additionally, the contents of the Company's records or information otherwise obtained in regard to business may not be disclosed to anyone, except where required for a business purpose. Employees must not disclose any confidential information, purposefully or inadvertently (through casual conversation), to any unauthorized person inside or outside the Company. Employees who are unsure about the confidential nature of specific information must ask their supervisor for clarification. Employees will be subject to appropriate disciplinary action, up to and including dismissal, for knowingly or unknowingly revealing information of a confidential nature.

The employee also acknowledges that the Company's proprietary assets include many items including, but not limited to, the following:

- Financial information
- Products and product information
- Product service costs and prices
- Sales information
- New business and product ideas
- Business strategies and plans
- Marketing strategies and plans
- Market, business, and product studies and forecasts
- Computer programs
- Databases and information contained therein
- Client information
- Vendor and customer information
- Operational information
- Computer and network access codes and similar or related information
- Know-how, technologies, concepts and designs
- Research projects and all related information that has not been made available to the general public by the Company's senior management

**VAS Aero Services, LLC**

**Corporate Policies & Procedures**

The employee further acknowledges that all computer information related to the operation of the Company's business, including but not limited to, knowledge of the Company's assets referenced above and other tangible and intangible assets and other information obtained by the employee during employment (collectively, "the Company's property"):

- Are confidential and trade secrets of the Company (collectively, the "Confidential Information")
- Shall remain the property and trade secrets of the Company
- May be subject to trademark, copyright or similar protections

The employee acknowledges that any disclosure of the Confidential Information, even inadvertent disclosure, would cause irreparable harm and material damage to the Company. While the Employee is employed by the Company (the "Employment"), and after termination of the Employment, for any reason, the employee agrees:

- Not to use or disclose the Confidential Information, other than solely in the furtherance of the Company's business
- To take lawful measures to prevent unauthorized use or disclosure of the Confidential Information to any third party
- To take lawful measure to prevent unauthorized persons or entities from obtaining or using the Confidential Information
- Not to take any actions that would constitute or facilitate the unauthorized use or disclosure of Confidential Information

The term "unauthorized" shall mean the following:

- In contravention of any written policies or procedures of the Company
- Otherwise inconsistent with Company's measures to protect its interests in its Confidential Information
- In contravention of any lawful instruction or directive, either written or oral, of an employee of the Company empowered to issue such instruction or directive
- In contravention of any duty existing under law or contract

**NOTES:**
1) This policy does not confer any contractual right, either express or implied, to remain in the Company's employ. Nor does it guarantee any fixed terms and conditions of your employment.
2) Although the term "Company" is used collectively for purposes of this policy, as defined in the scope, the employee's employment relationship remains exclusively with their Business Area/Business Unit.
3) The provisions of this policy may be revised without prior notice. Revised policies will be posted as quickly as is practicable.
4) Any statement, whether written or oral, that conflicts with anything contained in this policy is not the policy of the Company and is not binding upon the Company.

*Printed copies are uncontrolled and may not be the most current version of the document.*

# EXHIBIT "C"

**Subject:** FW: Good by!

---

**From:** Arroyo Phil [mailto:phil.arroyo@vas.aero]
**Sent:** Monday, March 19, 2012 6:35 AM
**To:** 'Ake.Niklasson@volvo.com'; 'Alex Tan (atan@unical.com)'; 'andrei_kadatsky@ok.kz'; 'Anne.tan@lavie-Ltd.com'; Branch, Keith A; Mooney, Barbara S; Boatz, Michael H; Brzon, Mark; Register, Clara L; Cook, Steven R; Davis, Carol J; Chkautovich, Val; Wellborn, Curt; 'CATHVEGAS@aol.com'; 'Char McFee (renee_78@msn.com)'; 'CurtisW@tsmtelecom.com'; Peeples, Christopher S; Davis, Carol J; Doherty, Gordon W; Walker, David A; Hill, David; 'Dean Kuenstler (dkuenstler@nvec.net)'; 'Dean Kuenstler'; Dwight Walker (dwalker@tigerenterprises.com); Ude, David G; 'Dofflemyer, Matthew E CIV NAVAIR ISSC Jax, 4.3.3.2'; Bremer, Erika L; 'Elliot Ware (wolverinesm@msn.com)'; 'ferreri30@msn.com'; 'Francis Lee'; Johnson, George C; Woodard, Gregory C; Jackson, Galen H; 'Whitney, George D'; 'hawaii221@aol.com'; Helms, Monte A; 'herman.williams@trw.com'; 'Jarm, Mike'; Ferreri, Joseph J; Dimeo, Julie C; 'Jim Lazarus (Jim.Lazarus@hydro.aero)'; 'Zimmerman, Jackie'; 'Jarm, Mike'; 'jrbowles@nwasg.com'; 'Kyle Wakham (kylewakham@suddenlink.net)'; 'Kyle Wakham [KWakham@attglobal.net] (Tinkrtrain@cox.net)'; Leiblie, Loy A; Laubhan, Melanie M; 'Francis Lee'; 'Larry.Morasch@aerocontrols.com'; Laubhan, Melanie M; Boatz, Michael H; Brzon, Mark; 'Dofflemyer, Matthew E CIV NAVAIR ISSC Jax, 4.3.3.2'; 'mschmi@coair.com'; Whipple, Natalie S; 'Neill Swanson (nswanson@aero-mechanical.net)'; O'Neal, Jack F; 'phil.arroyo@comcast.net'; 'Patty Suarez (pbailly@avcom-avionics.com)'; Ryan Heath (rheath@gatelesis.com); 'Char McFee (renee_78@msn.com)'; 'Ray Rayes'; 'Roger Brochu'; 'Ronda Jones (ronda@fap4aog.com)'; 'Shupert, Ronda C'; 'Steve Mills (63AOG@comcast.net)'; Cook, Steven R; Gracy, Salvatore J; 'Seamus (GECAS) O'Donnell (Seamus.O'Donnell@ge.com)'; Summervill, Scott; Teramoto, Stuart M; 'Sylvia.McMullen@fsbti.com'; 'Stuart (adroitci@comcast.net)'; 'Kyle Wakham [KWakham@attglobal.net] (Tinkrtrain@cox.net)'; 'tammy.a.breaux@boeing.com'; Nelson, Tannia R; Viars, Jonathan M; 'Zimmerman, Jackie'
**Subject:** Good by!

It is with a great sadness and excitement that I let you know first! Later today I will be announcing that I will be leaving my position at VAS Aero Services LLC and giving a two week notice.

As I feel "WE" are a family I wanted to share this with all of you first, then I will be announcing it to VAS later today. I also know I will be leaving out several key and close friends due to our resent migration system change we just had so I would hope that if you feel comfortable with it please send this out to others I may have missed as it is OK with me.

Just like 12 years ago when I left my position at The Boeing Company to explore other opportunities within the Aerospace World and was given a great opportunity with Volvo from my sponsor and friend Mr. Ake Niklasson the president of Volvo Logistics who I thank very much along with the entire Volvo Family. A company that always made me preform to excellence, a true class act company. This too is just another one of those times. And like last year when Volvo decided to sell Volvo Aero Services to HIG and move down a different path, I too have decided to move down a new path.

With that being said I have been given another great opportunity with another great and well establish company called: GA Telesis LLC in Ft. Lauderdale Florida. Their track record reflects that GA Telesis is a diversified global leader in the aerospace services industry with financial services, component sales and distribution, as well as component maintenance facilities throughout the United States, Canada, United Kingdom, and Singapore. GA Telesis specializes in aircraft and jet engine leasing, component maintenance as well as maintaining one of the world's most comprehensive and independent replacement aerospace component inventory networks of any one. GA Telesis serves the world's largest airlines with financial services related to aircraft and jet engines as well as component and maintenance support for Airbus, Boeing, Bombardier, Douglas and Embraer aircraft and CFM International, General Electric, Honeywell, International Aero Engine, Pratt & Whitney, and Rolls-Royce turbine jet engines.

For those who may not know they are a very strong company with kitting, engines and a great repair management and quality team with their own internal repair facility and MRO and one of the biggest engine leasing firms to date. They also have a large purchasing network As it gives me the infrastructure I truly feel is necessary going forward.

I have accepted the position as Vice President and will be heading up the Military and Defense Division together with some other responsibilities and during this time like always I will be available for all of you should you need anything! Your friendship is and always will be the most important thing I will be taking with me. As I am leaving VAS I am not leaving the Aerospace Family that we are all part of. So if down the road you need anything to support you or your company I hope you will always feel that you can count on me to assist you and if I cannot assist you I will be more than happy to help you find the right person who can.

Until such time when I can give you my new contact information should you need me for any reason please use the below as it is my personnel contact information. I will be asking VAS to let me stay on long enough to make sure all your questions and or concerns are answered, BUT we all know sometimes how that goes and sometimes it doesn't work the way we plan...
Sincerely, Phil

Personnel email: phil.arroyo@comcast.net
Address:   Phillip Arroyo
           2935 Cliffs Lane N.E.
           Olympia, WA 98506

# EXHIBIT "D"

## SQL CampusPart History Report

Pages: 1 / 1

| Date | Time | CardNo - CardHolder | Partition, Comp, Port, Panel | Devices | Transac |
|---|---|---|---|---|---|
| 03-17-2012 | 09:14:42 am | 105282 - Arroyo, Phil | Fac (2), USBOCN023, Com11, Seattle Fac | Seattle 1 West | Access Granted |
| 03-17-2012 | 09:44:09 am | 105282 - Arroyo, Phil | Fac (2), USBOCN023, Com11, Seattle Fac | Sea Sales South | Access Granted |
| 03-17-2012 | 12:05:01 pm | 105282 - Arroyo, Phil | Fac (2), USBOCN023, Com11, Seattle Fac | Sea Sales South | Access Granted |
| 03-17-2012 | 12:05:10 pm | 105282 - Arroyo, Phil | Fac (2), USBOCN023, Com11, Seattle Fac | Sea Sales South | Access Granted |
| 03-17-2012 | 12:07:01 pm | 105282 - Arroyo, Phil | Fac (2), USBOCN023, Com11, Seattle Fac | Sea Sales South | Access Granted |
| 03-17-2012 | 12:10:29 pm | 105282 - Arroyo, Phil | Fac (2), USBOCN023, Com11, Seattle Fac | Sea Sales South | Access Granted |
| 03-17-2012 | 12:12:01 pm | 105282 - Arroyo, Phil | Fac (2), USBOCN023, Com11, Seattle Fac | Sea Sales South | Access Granted |
| 03-17-2012 | 12:14:14 pm | 105282 - Arroyo, Phil | Fac (2), USBOCN023, Com11, Seattle Fac | Sea Sales South | Access Granted |
| 03-19-2012 | 06:11:35 am | 105282 - Arroyo, Phil | Fac (2), USBOCN023, Com11, Seattle Fac | Sea Sales South | Access Granted |
| 03-19-2012 | 06:14:21 am | 105282 - Arroyo, Phil | Fac (2), USBOCN023, Com11, Seattle Fac | Sea Sales South | Access Granted |
| 03-19-2012 | 06:18:16 am | 105282 - Arroyo, Phil | Fac (2), USBOCN023, Com11, Seattle Fac | Sea Sales South | Access Granted |
| 03-19-2012 | 07:41:15 am | 105282 - Arroyo, Phil | Fac (2), USBOCN023, Com11, Seattle Fac | Sea Sales South | Access Granted |
| 03-19-2012 | 07:43:11 am | 105282 - Arroyo, Phil | Fac (2), USBOCN023, Com11, Seattle Fac | Sea Sales South | Access Granted |
| 03-19-2012 | 08:07:42 am | 105282 - Arroyo, Phil | Fac (2), USBOCN023, Com11, Seattle Fac | Sea Sales South | Access Granted |
| 03-19-2012 | 09:01:52 am | 105282 - Arroyo, Phil | Fac (2), USBOCN023, Com11, Seattle Fac | Sea Sales South | Access Granted |
| 03-19-2012 | 09:17:49 am | 105282 - Arroyo, Phil | Fac (2), USBOCN023, Com11, Seattle Fac | Sea Sales South | Access Granted |
| 03-19-2012 | 09:47:58 am | 105282 - Arroyo, Phil | Fac (2), USBOCN023, Com11, Seattle Fac | Sea Sales South | Access Granted |
| 03-19-2012 | 10:59:25 am | 105282 - Arroyo, Phil | Fac (2), USBOCN023, Com11, Seattle Fac | Sea Sales South | Access Granted |
| 03-19-2012 | 12:03:51 pm | 105282 - Arroyo, Phil | Fac (2), USBOCN023, Com11, Seattle Fac | Sea Sales South | Access Granted |
| 03-19-2012 | 12:17:47 pm | 105282 - Arroyo, Phil | Fac (2), USBOCN023, Com11, Seattle Fac | Sea Sales South | Access Granted |
| 03-19-2012 | 12:26:47 pm | 105282 - Arroyo, Phil | Fac (2), USBOCN023, Com11, Seattle Fac | Sea Sales South | Access Granted |
| 03-19-2012 | 12:40:58 pm | 105282 - Arroyo, Phil | Fac (2), USBOCN023, Com11, Seattle Fac | Sea Sales South | Access Granted |

# EXHIBIT "E"

**VAS Aero Services, LLC**

**Corporate Policies & Procedures**

| VAS Aero Services, LLC | Workforce Performance | Original issue: 10/7/10 |
|---|---|---|
| SUBJECT: | Information Technology and Systems | Reviewed: |
| POLICY #: | | Revised: |

**PURPOSE:**
To promote a common understanding and application of guidelines for consistent use of Company information systems.

**SCOPE:**
This policy applies to all employees, temporaries, and consultants.

**POLICY:**
Use of the public Internet by Company employees is permitted and encouraged where such use is suitable for business purposes and supports the goals and objectives of the Company and its divisional units. The Internet is to be used in a manner that is consistent with the Company's standards of business conduct and as part of the normal execution of an employee's position responsibilities. At no time should any of the Company provided communications capabilities be used for personal use or gain.

Every employee is responsible for using the Company's computer system, including, without limitation, its electronic mail (E-mail) system and the Internet, properly and in accordance with this policy. Any questions about this policy should be addressed to the Human Resources Department.

**THE COMPUTER SYSTEM IS COMPANY PROPERTY**

The computers that you use at work and the E-mail system are the property of the Company and have been provided for use in conducting company business. All communications and information transmitted by, received from, created or stored in its computer system (whether through word processing programs, E-Mail, the Internet or otherwise) are Company records and property of the Company. An employee's occasional use of the Company's computer system is acceptable. However, in order to keep these uses to a reasonable level, approval to use the system for personal activities must be given by the employee's supervisor. The use of the system for personal activities must occur outside of an employee's working hours or outside of business hours and is subject to all of the disclaimers and rules discussed herein.

**NO EXPECTATION OF PRIVACY**

The Company has the right, but not the duty, to monitor any and all of the aspects of its computer system, including, without limitation, reviewing documents created and stored on its computer system, deleting any matter stored in its system (including, without limitation, its E-Mail and word processing systems), monitoring sites visited by employees on the Internet, monitoring chat and news groups, reviewing material downloaded or uploaded by users to the Internet, and reviewing E-Mail sent and received by users. Further, the Company may exercise its right to monitor its computer system for *any* reason and without the permission of any employee.

*Printed copies are uncontrolled and may not be the most current version of the document.*

**VAS Aero Services, LLC**

**Corporate Policies & Procedures**

Employee use of the Company's computer system constitutes consent to all the terms and conditions of this policy.

Even if employees use a password to access the computer system (or any aspect thereof), the confidentiality of any message stored in, created, received, or sent from the Company's computers is not assured. Use of passwords or other security measures does not in any way diminish the Company's right to monitor and access materials on its system, or create any privacy rights of employees in the messages and files on the system. Any password used by employees must be revealed to the Company as files may need to be accessed by the Company in an employee's absence or for any other reason that the Company in its discretion deems appropriate.

Further, employees should be aware that deletion of any E-mail messages or files will not truly eliminate the messages from the system. All E-mail messages and other files are stored on a central back-up system in the normal course of data management. Therefore, employees should not have an expectation of privacy in anything they create, store, send or receive on the computer system.

Notwithstanding the foregoing, even though the Company has the right to retrieve, read and delete any information created, sent, received or stored on its computer system, E-mail messages should still be treated as confidential by other employees and accessed only by the intended recipient. Employees are not authorized to retrieve or read any E-mail messages that are not sent to them. Any exception to this policy must receive the prior approval of the General Counsel.

## PROFESSIONAL USE OF COMPUTER SYSTEM REQUIRED

Employees are reminded to be courteous to other users of the system and always to conduct themselves in a professional manner. E-mails, in particular, are sometimes misdirected or forwarded and may be viewed by persons other than the intended recipient. Users should write E-mail communications with no less care, judgment and responsibility than they would use for letters or internal memoranda written on the Company's letterhead.

Because E-Mail and computer files may be subject to discovery in litigation, employees are expected to avoid making statements in E-mail or computer files that would not reflect favorably on the employee or the Company if disclosed in a litigation or otherwise. Finally, employees may not send unsolicited e-mail to persons with whom they do not have a prior relationship absent the express permission of their supervisor.

## OFFENSIVE AND INAPPROPRIATE MATERIAL

The Company's policy against discrimination and harassment, sexual or otherwise, applies fully to the Company's computer system, and any violation of that policy is grounds for discipline up to and including discharge. Therefore, no E-mail messages should be created, sent, or received if they contain intimidating, hostile, or offensive material concerning race, color, religion, sex, age, national origin, disability or any other classification protected by law. Further, material that is fraudulent, harassing, embarrassing, sexually explicit, profane, obscene, intimidating, defamatory, or otherwise unlawful, inappropriate, offensive (including offensive material concerning sex, race, color, national origin, religion, age, disability, or other characteristic protected by law) may not be downloaded from the Internet or displayed or stored in the

**VAS Aero Services, LLC**

**Corporate Policies & Procedures**

Company's computers. Employees encountering or receiving this kind of material should immediately report the incident to the Human Resources Department.

The Company may (but is not required) use software to identify inappropriate or sexually explicit Internet sites. Such sites may be blocked from access by Company networks. Notwithstanding the foregoing, the Company is not responsible for material viewed or downloaded by users from the Internet. The Internet is a worldwide network of computers that contains millions of pages of information. Users are cautioned that many of these pages include offensive, sexually explicit, and inappropriate material. In general, it is difficult to avoid at least some contact with this material while using the Internet. Even innocuous search requests may lead to sites with highly offensive content. In addition, having an e-mail address on the Internet may lead to receipt of unsolicited e-mail containing offensive content. Users accessing the Internet do so at their own risk. Employees who encounter inappropriate or sexually explicit material while browsing on the Internet should immediately disconnect from the site, regardless of whether the site was subject to Company blocking software.

## SOLICITATIONS

The Company's computer system (including, without limitation, its E-Mail system) may not be used to solicit for religious or political causes, commercial enterprises, outside organizations, or other non-job related solicitations. Approval from the Chief Information Officer is required before anyone can post any information on commercial on-line systems or the Internet.

## LICENSES AND FEES

Employees may not agree to a license or download any material over the Internet for which a registration fee is charged without first obtaining the express written permission of the General Counsel.

## GAMES AND ENTERTAINMENT SOFTWARE

Employees may not use the Company's Internet connection to download games or other entertainment software, including wallpaper and screen savers, or to play games over the Internet.

## CONFIDENTIAL COMPANY INFORMATION

Employees may not transmit information over the Internet or through e-mail that is confidential or proprietary. Employees are referred to the Company's "Confidential Nature of Work" policy, contained herein, for a general description of what the Company deems confidential or proprietary. When in doubt, employees must consult their immediate supervisor and obtain approval before transmitting any information which may be considered confidential or proprietary.

## COPYRIGHTS AND TRADEMARKS

The Company's computer system may not be used to send (upload) or receive (download) copyrighted materials, trade secrets, proprietary financial information, or similar materials without prior authorization from the General Counsel. Employees, if uncertain about whether certain information is copyrighted, proprietary, or otherwise inappropriate for transfer, should resolve all doubts in favor of not transferring the information and consult the General Counsel.

**VAS Aero Services, LLC**

Corporate Policies & Procedures

Further, any Company-approved material that is posted or sent via the Company's computer system should contain all proper copyright and trademark notices. Absent prior approval from the General Counsel to act as an official representative of the Company, employees posting information must include a disclaimer in that information stating, "Views expressed by the author do not necessarily represent those of the Company."

## MAINTENANCE AND SECURITY OF SYSTEM

Employees must not deliberately perform acts that waste computer resources or unfairly monopolize resources to the exclusion of others. These acts include, but are not limited to, sending mass mailings or chain letters, spending excessive amounts of time on the Internet, playing games, engaging in online chat groups, printing multiple copies of documents, or otherwise creating unnecessary network traffic. Because audio, video and picture files require significant storage space, files of this or any other sort may not be downloaded unless they are business-related.

In addition, employees should routinely delete outdated or otherwise unnecessary E-mails and computer files. These deletions will help keep the system running smoothly and effectively, as well as minimize maintenance costs.

To ensure security and to avoid the spread of viruses, employees accessing the Internet through a computer attached to the Company's network must do so through an approved Internet firewall. Accessing the Internet directly by modem is strictly prohibited unless the computer you are using is not connected to the Company's network.

In addition, files obtained from sources outside the Company, including disks brought from home; files downloaded from the Internet, news groups, bulletin boards, or other online services; files attached to e-mail; and files provided by customers or vendors may contain dangerous computer viruses that may damage the Company's computer network. Employees should never download files from the Internet, accept e-mail attachments from outsiders, or use disks from non-Company sources, without first scanning the material with Company-approved virus checking software. If you suspect that a virus has been introduced into the Company's network, notify the Help Desk immediately.

## VIOLATIONS OF POLICY

Violations of this policy will be taken seriously and may result in disciplinary action, including possible termination, and civil and criminal liability.

## AMENDMENT AND MODIFICATION OF POLICY

The Company reserves the right to modify this policy at any time, with or without notice.

## ACKNOWLEDGMENT

Employees are required to sign an Acknowledgment Form acknowledging that they have read and agree to this policy as a condition of employment or, if applicable, continued employment.

**VAS Aero Services, LLC**

**Corporate Policies & Procedures**

**NOTES:**
1) This policy does not confer any contractual right, either express or implied, to remain in the Company's employ. Nor does it guarantee any fixed terms and conditions of your employment.
2) Although the term "Company" is used collectively for purposes of this policy, as defined in the scope, the employee's employment relationship remains exclusively with their Business Area/Business Unit.
3) The provisions of this policy may be revised without prior notice. Revised policies will be posted as quickly as is practicable.
4) Any statement, whether written or oral, that conflicts with anything contained in this policy is not the policy of the Company and is not binding upon the Company.