UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 12-CV-80484-MIDDLEBROOKS

VAS AERO SERVICES, LLC,
    Plaintiff,

v.

PHILLIP ARROYO,
    Defendant.
_____/



## ORDER ON DEFENDANT'S MOTION TO STAY ACTION PENDING DISPOSITION OF MOTION TO DISMISS COMPLAINT FOR LACK OF JURISDICTION

THIS CAUSE comes before the Court upon Defendant's Motion to Stay Action Pending Disposition of Motion to Dismiss Complaint for Lack of Jurisdiction ("Motion") (DE 12), filed May 9, 2012. I have reviewed the Motion and am otherwise fully advised on the premises. After reviewing the instant Motion, I find that it is unnecessary to stay the hearing on Plaintiff's Motion for Temporary Restraining Order. However, Defendant can raise the issue of personal jurisdiction during the hearing. Additionally, I find Defendant failed to establish good cause warranting a continuance of the hearing, accordingly, it is hereby

**ORDERED AND ADJUDGED** that:

1. Defendant's Motion to Stay Action Pending Disposition of Motion to Dismiss Complaint for Lack of Jurisdiction (DE 12) is **DENIED**; and

2. Plaintiff shall file an expedited Response to Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction **on or before 2:00 p.m. on Tuesday, May 15, 2012**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 10th day of May, 2012.

                                  DONALD M. MIDDLEBROOKS
                                  UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record