UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-CV-80484-MIDDLEBROOKS/BRANNON

VAS AERO SERVICES, LLC

    Plaintiff,

v.

PHILLIP ARROYO,

    Defendant.
_____/

## JOINT NOTICE OF FILING CONSENT PROTECTIVE ORDER

Plaintiff, VAS AERO SERVICES ("Plaintiff" or "VAS Aero") and Defendant, PHILLIP ARROYO ("Defendant" or "Arroyo") (collectively the "Parties"), by and through their respective undersigned counsel, hereby file the Consent Protective Order, attached hereto as Exhibit "A," which has been executed by counsel for the Parties. The Parties respectfully request that the Court enter the attached order if it meets with the Court's approval.

Dated: June 15, 2012

| | |
|---|---|
| /s/ Andrew M. Loewenstein | /s/ Jonathan Vine |
| Jason S. Oletsky | Jonathan Vine |
| (Fla. Bar Number: 0009301) | (Fla. Bar Number 10966) |
| jason.oletsky@akerman.com | Jonathan.Vine@csklegal.com |
| Christopher S. Carver | **COLE SCOTT AND KISSANE, P.A** |
| (Fla. Bar No. 993580) | 1645 Palm Beach Lakes Blvd. |
| Christopher.Carver@akerman.com | Second Floor |
| Andrew M. Loewenstein | West Palm Beach, FL 33401 |
| (Fla. Bar. No. 073096) | Telephone: (561) 383-9200 |
| andrew.loewenstein@akerman.com | Facsimile: (561) 683-8977 |
| **AKERMAN SENTERFITT** | *Attorneys for Defendant Phillip Arroyo* |
| Las Olas Centre II, 16th Floor | |
| 350 E. Las Olas Blvd. | |
| Fort Lauderdale, Florida 33301 | |
| Telephone: (954) 463-2700 | |
| Facsimile: (954) 463-2224 | |
| *Attorneys for Plaintiff VAS AERO SERVICES, INC.* | |

{24385055;3}

## NOTICE OF CONSENT TO FILE

Pursuant to the CM/ECF Administrative Procedures, I hereby certify that the foregoing Joint Notice of Filing Consent Protective Order is being filed with the consent of Jonathan Vine, Esq., counsel for Defendant Arroyo.

          /s/ Andrew M. Loewenstein
          Andrew M. Loewenstein
          (Fla. Bar No. 73096)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via transmission and generated by CM/ECF on June 15, 2012 to all counsel or parties of record on the Service List below.

          /s/ Andrew M. Loewenstein
          Andrew M. Loewenstein
          (Fla. Bar No. 73096)

## SERVICE LIST

Jason S. Oletsky
jason.oletsky@akerman.com
Akerman Senterfitt
Las Olas Centre II, 16th Floor
350 E. Las Olas Blvd.
Ft. Lauderdale, FL 33301
Tel:   954/463-2700
Fax:   954/463-2224

*Attorneys for Plaintiff VAS Aero Services, LLC*

(service by CM/ECF)

Andrew M. Loewenstein
andrew.loewenstein@akerman.com
Akerman Senterfitt
222 Lakeview Avenue, Suite 400
West Palm Beach, FL 33401
Tel:   561/653-5000
Fax:   561/659-6313

(service by CM/ECF)

*Attorneys for Plaintiff VAS Aero Services, LLC*

Christopher S. Carver
christopher.carver@akerman.com
Akerman Senterfitt
One Southeast Third Avenue
25th Floor
Miami, FL 33131
Tel: 305/374-5600
Fax: 305/374-5095

*Attorneys for Plaintiff VAS Aero Services, LLC*

(service by CM/ECF)

Jonathan Vine
Jonathan.Vine@csklegal.com
Cole, Scott & Kissane, P.A.
1645 Palm Beach Lakes Blvd., 2nd Floor
West Palm Beach, FL 33401
Tel:    561/383-9200
Fax:    561/683-8977

*Attorneys for Defendant Phillip Arroyo*

(service by CM/ECF)